FILED

FOR PUBLICATION

JUL 25 2012

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH AIDA HASKELL; REGINALD ENTO; JEFFREY PATRICK LYONS JR.; AAKASH DESAI, on behalf of themselves and others similarly situated, | No. 10-15152 D.C. No. 3:09-cv-04779-CRB |
| Plaintiffs - Appellants, | ORDER |
| v. | |
| KAMALA D. HARRIS, Attorney General of California; EVA STEINBERGER, Assistant Bureau Chief for DNA Programs, California Department of Justice, | |
| Defendants - Appellees. | |

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed. R. App. P. 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Nguyen, Watford and Hurwitz did not participate in the deliberations or vote as to whether the case should be taken en banc.